Eastern District of Kentucky
FILED

APR 2 8 2026

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## SOUTHERN DIVISION
## LONDON

CRIMINAL ACTION NO. 6:26-CR-71-REW

UNITED STATES OF AMERICA                                    PLAINTIFF

V.          **NOTICE BY UNITED STATES OF INTENT TO FILE**
            **INFORMATION AND MOTION FOR ARRAIGNMENT**

NOAH BACK                                                   DEFENDANT

*    *    *    *    *

The United States gives notice that it intends to file a criminal information charging

Noah Back with a felony violation. Therefore, the United States moves the Court to assign

this matter a date for the filing of the information and an arraignment.

Respectfully submitted,

JASON D. PARMAN
FIRST ASSISTANT
UNITED STATES ATTORNEY

By:        _____
           Justin E. Blankenship
           Assistant United States Attorney
           601 Meyers Baker Rd.  Suite 200
           London, KY  40741
           (606) 330-4838
           Justin.Blankenship@usdoj.gov