**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

**CRIMINAL ACTION NO. _____**

**UNITED STATES OF AMERICA**                                                      **PLAINTIFF**

**V.**                              **ORDER SETTING ARRAIGNMENT**

**NOAH BACK**                                                                  **DEFENDANT**

\* \* \* \* \*

The Court ORDERS that the Motion of the United States to assign this matter a

date for the filing of the information and an arraignment is GRANTED, and this matter is

set for arraignment on _____, 2026 at _____, in

United States District Court at London.

On this _____ day of _____, 2026.


_____
UNITED STATES DISTRICT JUDGE


Copies:        United States Marshal
               United States Probation
               Justin E. Blankenship, Assistant United States Attorney
               Steve Romines, Attorney for Defendant