UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
FILED

MAY 0 1 2026

AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

INFORMATION NO. 6:26-CR-71 -REW
18 U.S.C. §2423(a)

NOAH BACK

\*   \*   \*   \*   \*

THE UNITED STATES CHARGES:

On or about October 28, 2024, and continuing through on or about October 29, 2024, in Perry County, in the Eastern District of Kentucky, and elsewhere,

**NOAH BACK**

did knowingly transport an individual who had not attained the age of 18 years in interstate commerce with the intent that the individual engage in sexual activity for which any person can be charged with a criminal offense, namely Statutory Rape under Georgia Criminal Code § 16-6-3, all in violation of 18 U.S.C. § 2423(a).

JASON D. PARMAN
FIRST ASSISTANT UNITED STATES ATTORNEY

JUSTIN E. BLANKENSHIP
ASSISTANT UNITED STATES ATTORNEY

## PENALTIES

Not less than 10 years and not more than life imprisonment, a fine not more than $250,000, and a term of supervised release of at least 5 years and not more than life.

**PLUS:**    Mandatory special assessment of $100.

Additional mandatory special assessment of $5,000 per count, pursuant to 18 U.S.C. § 3014, for non-indigent Defendants convicted of certain offenses within Chapter 117 of the United States Code.

**PLUS:**    Restitution if applicable.