AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| | ) | |
| NOAH BACK | ) | |
| Defendant | ) | |

**Eastern District of Kentucky**
**FILED**

**MAY 0 1 2026**

**AT LEXINGTON**
**Robert R. Carr**
**CLERK U.S. DISTRICT COURT**

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 4-15-2026

_Noah Back_
Defendant's signature

_Christy Love_
Signature of defendant's attorney

Christy J. Love
Printed name of defendant's attorney

_____
Judge's signature

_____
Judge's printed name and title