To the Honorable Judge,

My name is Amanda; I am writing in support of my first cousin. Our relationship is unique and incredibly close. Our mothers are sisters, our fathers are brothers, and because of that, we have shared far more than just family ties; we have shared our lives.

We are only 6 months apart in age, so we have truly grown up side by side. Our homes sat next to each other; our yards felt like one, and we spent nearly every day together as children. We shared the same friends, celebrated holidays together, and experienced nearly every milestone together. He has never simply been just my cousin; he has always felt more like my brother.

Some of my favorite memories are cheering him on at his basketball games. I can still remember sitting in the stands right next to my aunt. Proud to watch him play, celebrating every win and encouraging him even after the tough losses. Those memories remind me of the person I have always known, someone who values the people cheering him on just as much as they value him.

Today he is “Uncle Nono” to my two children. And that title means far more than just a nickname. He has been a constant presence in their lives from the very beginning. He has celebrated every birthday, every holiday, and nearly every family milestone alongside us. My children have grown up expecting “Uncle Nono” to be there because he has always been. Whether it was making them laugh, spending time with our family, or simply showing up when it mattered. He has consistently demonstrated the importance he places on family.

Over the course of my life, I've known him to be caring, loyal, and deeply devoted to the people he loves. He has always been someone who shows up for his family, someone we can depend on, and someone who genuinely cares about those around him. While I understand the seriousness of the circumstances before the court, I also know that one chapter of a person's life does not define who they are. I respectfully ask the court to consider the person I've known for my entire life. He has an incredibly strong support system in our family, and I know he will not face the future alone. We will continue to support him and encourage him as he works to rebuild his life.

Thank you for taking the time to read my letter and for considering my perspective. I have had the privilege of getting to know him. We have shared a lifetime of memories, and I can say without hesitation that he is deeply loved by his family, especially by two little children who simply know him as “Uncle Nono.” I sincerely hope the court will consider the whole person he is, the life he lived outside of these circumstances, and the positive role he has played in the lives of those who love him.

Amanda Wyrick

Honorable Judge,

My name is Ben Back. I am writing this letter regarding my son, Noah Back. I have raised him for 26 years.

I have always watched over him, and at times I guess too closely. I wanted him to have everything I didn't have growing up.

When Noah was two weeks old, he had open-heart surgery to repair a coarctation of the aorta. I remember holding him for the IVs and him not being heard when he cried after surgery. He did great, and he overcame it. He developed high blood pressure in high school. He had to be on medication to lower his blood pressure, and that's when he started getting anxiety and depression early in college and had to be placed on medication for it; COVID seemed to make it worse too. As someone in the medical field, I felt it was my responsibility to help him work through his medical issues so he could complete his college degree. Maybe we were too protective, but we raised two great children, and they are our world.

I pushed him hard in sports and education. I didn't have him do many chores because he always spent so much time training in the gym or doing schoolwork.

He is a great Christian man. Through the years of raising him, his teachers and church members would always bring up his protective personality. He always wanted everyone to be happy, feel safe, and comfortable. He would help take care of the disabled kids at school. He would talk to or sit with the sad/upset kids; he would play on the bad team during physical education class to try and make it even, so everyone had fun. If there were ever any argument or disagreement, he would always try to help or calm it. His teachers would tell me he wouldn't allow kids to bully other kids.

All the adults would brag about his behavior and personality.

While in college, he would always be kind to the least fortunate or homeless by giving them money for food, buying them gloves and socks on cold days, and giving them his own clothes when the weather was bad.

His favorite work was being a lifeguard at the county pool. He just wanted to make sure that everyone had fun, listened to good music, and watched out for everyone's safety.
He is a gentleman; he holds the door open for everyone. Helps anyone who is carrying heavy objects. For example, we were coaching a basketball game at Alice Lloyd College and were running late due to the parking issues and the very heavy rain. He saw an elderly lady carrying her groceries and a case of water. He ran over and helped her carry her water up the steps, and she was just so surprised and happy. He acted like it was nothing, just his normal routine of helping others.

He just graduated from the University of Kentucky with a bachelor's degree and had a successful interview with a medical sales equipment company. He was ready to start his life and prepare for his future.

He is a great person, a great athlete (a Kentucky Mr. Basketball candidate and 14th Region Player of the Year in 2019), dedicated, and ready to begin the next chapter of his life. He is a complete person, a perfect son whom I will always be proud of. Please be lenient with him and give him a second chance in life. Please don't let this one mistake define his life. He was trying again to be protective of a troubled life, as he has always done, as teachers and church members tell.

Sincerely,
Ben Back
Father of Noah Back

To the Honorable Judge:

I am writing this letter on behalf of my nephew, Noah Back, but more than anything, I am writing as an aunt who has had the privilege of watching Noah grow up from a little boy into the young man he is today.

Noah has been a part of my life for as long as I can remember. Our families have lived beside each other our entire lives, and we have shared holidays, vacations, birthdays, ball games and countless memories together. Noah was never just my nephew. He grew up alongside my children, and they have always been like brothers and sisters rather than cousins. They have shared their childhoods together and have remained close as they have grown older.

When I think of Noah growing up, I think of a good kid with a good heart. He stayed out of trouble, worked hard in school, and was always a good student. He stayed on the honor roll and was involved in sports, where he worked hard and excelled. Noah has always been the kind of person who would help others and give what he could. He has always had a kind and giving heart.

Family has always been extremely important to Noah. He loved nothing more than having everyone together. Some of my favorite memories are our family vacations and holidays when we were all together. During the holidays, we would sometimes jokingly argue over who was going to say grace and Noah was often the one who stepped up to do it. Those may seem like small moments, but they are the moments that make up a lifetime, and they are the memories I will always carry with me.

Noah's parents have also been incredibly supportive parents. They did everything they could for their children. They traveled wherever they needed to go so they could watch Noah and his sister play sports. They showed up. They supported their children. They were involved in their lives and did everything they could to give them opportunities to succeed.

I have watched Noah work hard for his future. He went through school, stayed focused, graduated from college, and worked hard to get to the point where he was finally beginning his adult life. He had worked for years to build something for himself. He was just beginning to step into the future he had worked so hard to achieve.

That is why this situation has been so painful for all of us who love him.

I understand that Noah is before the court because of something that happened approximately two years ago involving a young woman who he took across state lines which was given permission by the young woman's parents. I understand the seriousness of the matter, and I am not writing this letter to excuse wrongdoing or to tell

the Court how it should view the facts. I respect the Court and its responsibility to make its decision based upon the law and all the circumstances.

I am simply asking that when the Court considers Noah's future, it also considers the whole person who is standing before it.

Please consider the little boy he once was, the student who worked hard, the athlete who gave his best, the son whose parents never stopped supporting him, the cousin who grew up alongside my children, and the young man who worked hard enough to graduate from college and begin building his own life.

Please consider the years of his life that came before this event.

Noah is not perfect. None of us are. But I believe a person should be judged not only by the worst moment or most difficult circumstances in his life, but also by the person he has been, the lessons he can learn, and the person he still has the opportunity to become.

As his aunt, it breaks my heart to see someone I have watched work so hard for his education and his future now facing the possibility of losing so much of what he worked to build. He is at the beginning of his adult life. He has so much more to give, so much more to accomplish, and so many people who love him and believe in him.

Our family has stood beside Noah his entire life, and we will continue to stand beside him through this difficult time. We love him, we believe in him, and we want nothing more than to see him learn from this experience, move forward, and become the good man we know he can be.

I respectfully ask the Court to consider mercy and compassion when determining Noah's future. I ask that you consider his character, his upbringing, his education, his accomplishments, his family and the life he has worked so hard to build.

Please don't let one chapter of Noah's life define the entire story of who he is.

Thank you for taking the time to read my letter and for allowing me to share, from my heart, the Noah that I have known and loved all these years.

Shelia Diane Back

Noah's Aunt

**Dear Judge Robert E. Wier,**

I am writing this letter in support of Noah Back and to share my personal experience with him over the years.

I have known Noah since he was in middle school. During those years, I knew him as a polite and respectful young man who carried himself well, both on and off the basketball court. After his playing days, we lost touch for several years, and I did not have much contact with him during that time.

I came back into contact with Noah after he was detained and brought into the jail. I went to meet with him, and we had the opportunity to sit down and talk about what was going on in his life. Although he was obviously going through a difficult time, I found him to be the same courteous and respectful young man I had known years before. He was humble during our conversations, and we were able to talk openly and pray together.

I understand that people must be held accountable for their decisions, and I do not write this letter to excuse or condone any mistakes that may have been made. I simply wanted to speak to the person I have personally known. In my experiences with Noah, both as a young man and again more recently, he has always treated me with respect and shown qualities that I believe speak positively to his character.

I believe that a person should not necessarily be defined solely by the worst or most difficult period of his life. People can learn, grow, and make better choices moving forward. I sincerely hope Noah takes that opportunity and uses this experience to build a better path for himself.

Thank you for considering my personal experiences with Noah as you consider his circumstances.

Sincerely,

Lonnie Brewer

Former Perry County Jailer, Kentucky River Regional Jail

August 9, 2026

Dear Honorable Judge,

I am writing this letter on behalf of my brother, Noah Benjamin Back. I am 5 years older than Noah and growing up we were very close. During our upbringing, he was not only an amazing brother and friend, but also an active member of both our church and our community. He was kind to everyone and would show genuine compassion towards others, always ready to lend a helping hand or listening ear.

When I got married and started a family out of town, Noah went off to college. We kept in touch. I continued to follow his academics and athletics at Kentucky Christian University and was so proud of him. He eventually transferred schools and attended the University of Kentucky after COVID. Due to the pandemic and switching schools, he was set back a bit and graduated later than expected. Because of this, he was a little down on himself and developed anxiety and depression. After college, he relied on my parents more than he would've liked, but he was actively seeking employment and eager to start his career.

While I know the charge that my brother faces is a serious charge, I respectfully ask for leniency on his sentence. He has always been an important pillar for our family, and seeing him stumble has been painful, but I know that this mistake **does not** define his character. He has the love, stability, and accountability of a strong family support system moving forward. He has no criminal history, and he deserves a second chance. He is an uncle to my 3 children and they love him dearly. He was there at the hospital for all their births, and he deserves to see them grow up and be a part of their lives. He was just about to start his career as well, and he deserves a chance to do so.

Thank you for your time, patience, and consideration in reading this letter. I hope that my letter, along with others, can help you realize the kind of person that Noah truly is. Please feel free to contact me if you have questions or would like any other information.

Sincerely,

Whitney Tucker

8/7/2026

To Whom It May Concern,

I am pleased to write this character reference on behalf of Noah Back. I have had the privilege of knowing him for many years through our church community. During that time, I first came to know him as a child when I served as his children's church teacher, and I have continued to watch him grow into a respectful, responsible, and caring young man. His family remains actively involved in our church, allowing me the opportunity to observe his character over many years.

Based on the many years I have known him, I can confidently speak to the positive qualities I have consistently observed. I have known him to be respectful, courteous, and caring toward others, and I believe he has the ability to learn from this experience and make positive choices moving forward.

While I understand the seriousness of the circumstances before the Court, I respectfully ask that you consider the person I have come to know over the years. I believe he has the potential to be a productive member of his family and community and that he is capable of making meaningful, positive contributions if given the opportunity.

Please feel free to contact me if you require any additional information.

Sincerely,

Billie J Roark

Billie Roark

Sent from my iPhone

Begin forwarded message:

**From:** Akeem Scott <
**Date:** July 30, 2026 at 9:47:23 PM EDT
**To:**
**Subject: Character letter**

**To Whom It May Concern:**

I am writing this letter in strong support of Noah Back and to share my personal knowledge of his character. I had the privilege of coaching Noah at the college level for four years. Before that, I watched him compete as a student-athlete throughout middle school and high school. Because of this, I have had the opportunity to observe Noah's growth and development over many years, both as an athlete and as a person.

Throughout all the years I have known and observed Noah, one quality has always stood out: he is an extremely caring person. He has consistently shown concern for the people around him and has been willing to help teammates, coaches, classmates, friends, and others whenever he could. Noah is not someone who only thinks about himself. He cares deeply about how others are doing and wants the people around him to succeed.

During the four years I coached Noah in college, I saw him in many different situations. I observed him during practices, games, team meetings, travel, difficult losses, successful moments, and everyday interactions with teammates and coaches. These experiences allowed me to see his character beyond what people may observe from the stands.

Noah was a caring and supportive teammate. He wanted to help others improve and was willing to encourage those around him. He understood that being part of a team meant supporting others, accepting responsibility, and doing whatever he could to help the group succeed. He was willing to give his time and effort without always expecting recognition in return.

Another important quality about Noah is that he wanted to be perfect in everything he did. He placed very high expectations on himself and wanted to do things the right way. Whether it involved basketball, academics, relationships, or personal responsibilities, Noah cared deeply about performing well and meeting the expectations placed upon him.

At times, his desire to be perfect caused him to place a tremendous amount of pressure on himself. He did not want to disappoint his family, his coaches, his teammates, or the people who believed in him. That desire came from a good place. It reflected how much he cared and how seriously he took his responsibilities.

Noah wanted to make the people around him proud. He cared about his performance, but he also cared about being dependable and being someone others could count on. He worked to improve himself and wanted to correct mistakes when they occurred. He was not satisfied with simply going through the motions; he wanted to give his best effort in everything he did.

Throughout my time coaching Noah, I never witnessed him act with deliberate malice or ill intent toward another person. I never knew him to be someone who wanted to harm others, create problems, or intentionally cause pain. My personal experience with Noah showed me a young man with a caring heart who wanted to do well and be viewed positively by the people around him.

Like every young person, Noah is not perfect. However, his character should be evaluated by the full picture of who he is and by the many years in which he has demonstrated kindness, compassion, commitment, and concern for others. One incident, mistake, allegation, or difficult circumstance should not erase the positive character he has consistently shown over the course of his life.

I have watched Noah grow from a middle school athlete into a high school student-athlete and ultimately into a college athlete and young adult. During that entire time, his caring personality remained consistent. He continued to be someone who wanted to help others, wanted to do the right thing, and wanted to be the best version of himself.

Noah has a good heart, a strong support system, and the ability to continue learning and growing. I believe he has much to offer his community and the people around him. He deserves the opportunity to move forward and continue developing into the person I know he is capable of becoming.

I respectfully ask that Noah's complete character, his history, his family support, and his potential for continued growth be taken into consideration. Based on my many years of knowing him and my four years of coaching him at the college level, I can confidently say that Noah Back is a caring, compassionate, and good-hearted person.

I offer my support for Noah without hesitation. Please feel free to contact me by email should you need any additional information regarding my experiences with him.

Sincerely,

**Akeem Scott**

**Email:**

--
**Thanks,**

**Akeem Scott**

10:24

O. Woolum.docx

August 3rd, 2026

Ozma Renee Woolum

Hazard, KY 41701
LPN since 1999

I am writing on behalf of Noah Benjamin Back. He is an amazing young man. He is very talented, smart, and caring, with a heart of gold. He's always very supportive of his family and friends and tries to give back in his community. I've known him since he was a very small child. He's always been kind to others and was raised in a God-fearing and loving home with wonderful parents. I know he would never intentionally hurt anyone in any way. Noah has never been in trouble and has always steered clear of anyone involved in a troubled lifestyle. He's a great man: a loving son, brother, and friend. Please show leniency to him. Let him be an example to others from his mistake, so he can go out and use his intelligence to educate others.

Sincerely,

Ozma Woolum

Pages

August 4, 2026

To Whom It May Concern:

I am writing to respectfully ask that you consider leniency in your sentencing of Noah Back. I understand the seriousness of the offense before the Court and recognize the profound impact that these circumstances have had on all those involved. I do not intend to minimize the actions that brought Noah before you but I hope to share my perspective on the young man I have come to know.

Through my life-long friendship with his father, Bill, I have had the opportunity to observe Noah over the years. While I have not known Noah as closely as I have known his father, the interactions I have had with him have shown me a young man who is respectful, polite and considerate toward others.He is a young man who made a very serious error in judgment but I believe he is also someone who has the capacity to accept responsibility, understand the consequences of his actions,and make meaningful changes in his life.

I have watched Bill as a father, and I know how much he loves his son and how deeply this situation has affected their family. I have seen the heartbreak, concern and hope that come with wanting someone you love to have the opportunity to do better. I believe Noah has people around him who will hold him accountable while also supporting him as he works toward becoming a better person. I hope the Court will also consider that one mistake does not have to define a person's entire life. With appropriate accountability, guidance and support, I believe Noah can make positive contributions in the future.

I respectfully ask that you consider a sentence that allows Noah the opportunity for rehabilitation while still recognizing the seriousness of the offense. A decision that balances accountability with the possibility of a productive future would mean the world to his family and those who care about him.

I appreciate the difficult decision you must make and your commitment to serving justice with compassion and fairness. Thank you for your time and consideration.

Respectfully,

Scott Alexander

Hazard, Kentucky 41701

**Date:** August 4, 2026

**To Whom It May Concern:**

As the Mayor of the City of Hazard I am writing this letter on behalf of **Mr. Noah Back**.

Having watched Noah grow up in our community, I have had the opportunity to observe his development over many years. Like many young people, Noah experienced a period of immaturity during his youth. As he has grown older, however, I have seen him mature into a responsible, respectful, and dependable adult. His personal growth has been evident, and he has demonstrated an increasing sense of accountability, integrity, and good judgment.

The Noah I know is someone who treats others with respect, works hard, and understands the importance of taking responsibility for his actions. His character reflects the lessons he has learned through life and the commitment he has made to becoming a better person. I believe his growth and maturity speak far more about his character than the mistakes or shortcomings his has dealt with.

Based on my observations, Noah is a person of good moral character who has earned the respect of those who know him. I believe he could continue to be a positive member of our community and someone worthy of your consideration.

I offer this letter without reservation and respectfully ask that you give it your consideration.

Please free to contact me should you require any additional information

Sincerely,

Happy Mobelini

Donald "Happy" Mobelini, Mayor of Hazard

August 3, 2026

To Whom It May Concern:

I am writing this character reference letter regarding Noah Back. I've known Noah since he was a young boy. Most of my interactions with him was through sports. I've known his family for most of my life, and despite the grave allegations that he now faces, I always found him to be a kind hearted and caring young man who seemed immature for his age, which led to his parents being protective of him.

I was his head middle school football coach, and was also on the staff for his high school football and basketball teams. I found him to be an overall well-mannered and well-liked young man throughout those school years.

I am very well aware of both the charges and the consequences that Noah is facing. Although I lost contact with him after his high school graduation, I hope you consider this character reference letter as you decide on a verdict. As a retired Supervisor of Education with the Federal Bureau of Prisons, I feel that giving Noah an opportunity to mature and make amends will allow him to grow to become a responsible member of his community and society.

Sincerely.

Keith E. Pray

Ruth Adkins
[redacted]
Hazard, KY
RAADKINS
[redacted]
July 30, 2026

Honorable Judge,

My name is Ruth Adkins, and I am writing this letter regarding Noah Benjamin Back. I had the privilege of being Benjamin's second-grade teacher many years ago.

I understand that my perspective to the time I have known Noah and I am not writing to excuse or justify any actions that have brought him before the Court. I also recognize that you have many factors to consider in determining an appropriate sentence. My purpose is to share my firsthand observations of his character since I have known him.

As Noah's teacher, I found him to be a respectful, kind, and well-mannered student. He was courteous to both his classmates and me, and he consistently demonstrated a gentle spirit. I remember him as someone who was thoughtful, eager to learn, and capable of showing compassion toward others. Those qualities left a lasting impression on me and is the reason I felt compelled to write this letter.

During my 38 years in education, I had the privilege of teaching hundreds of children. I realize that people can make serious mistakes, and I am not in a position to speak about the circumstances of this case.
However, I do believe that a person's life should not be defined solely by their worst moment. The child I knew possessed qualities that reflected kindness, respect, and genuine potential. It is my hope that the Court will consider that people are capable of growth, change, and redemption.

Thank you for taking the time to read my letter and for considering my observations as you make your decision. I appreciate the difficult responsibility you carry and respectfully submit this letter for your consideration.

Respectfully,
Ruth Adkins
Former Second-Grade Teacher